IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MILDRED ARMSTRONG,** : | |
| Plaintiff : | |
| : | CIVIL ACTION |
| v. : | 14-5071 |
| : | |
| **WES HEALTH SYSTEMS** : | |
| Defendant : | |

# ORDER

**AND NOW,** this 26th day of May 2016, upon consideration of Defendant Wes Health System's Motion for Summary Judgment [Doc. No. 35], the response thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiff's claims against Defendant are **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**